IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00336-BNB

CHRISTOPHER WEATHERALL,

    Applicant,

v.

BRIGHAM SLOAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER

On March 29, 2010, Mr. Weatherall filed a Reply to Respondents' Pre-Answer Response. In the Reply, Mr. Weatherall asserts inordinate delay regarding the processing of his Colo. R. Crim. P. 35(c) postconviction in state court, which after eleven years still is pending in the Colorado Court of Appeals. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondents shall respond to Mr. Weatherall's Reply and brief his claim of inordinate delay. It is

FURTHER ORDERED that Mr. Weatherall shall have twenty-one days from the date Respondents file a Supplemental Response to file a supplement to his Reply.

DATED April 9, 2010, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00336-BNB

Christopher Weatherall
Prisoner No. 88750
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

Patricia R. Van Horn
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/9/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk