IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-0336-BNB

CHRISTOPHER WEATHERALL,

    Applicant,

v.

BRIGHAM SLOAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion Requesting Access to and/or Copy of Entire State Post-Conviction Record Portion of State vs. Weatherall Case No. 95-CR661" (Doc. No. 13) filed on April 26, 2010, is DENIED as premature.

Dated: April 28, 2010